IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JULIA J. McMILLIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NO.  04-2102 Ml/An |
| | ) |
| RONNIE L. EVATT, et al., | ) |
| | ) |
| Defendants. | ) |

FILED BY ____ D.C.

05 MAY -9 PM 1:00

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before the Court is Defendants' Motion to Compel filed on April 14, 2005. Plaintiff failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, the Motion is **GRANTED**. Plaintiff should provide Defendants with complete responses to Defendants' First Set of Interrogatories and Requests for Production of Documents within 11 days of entry of this Order. Plaintiff is reminded that the failure to comply with an Order of the Court can be grounds for the imposition of sanctions.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 06, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-11-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02102 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Richard Evan Sorin
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT