IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JULIA J. McMILLIAN,           )
                              )
    Plaintiff,                )
                              )
v.                            )   No. 04-2102 Ml/An
                              )
RONNIE L. EVATT and           )
CENTRAL INDUSTRIAL ELECTRIC   )
COMPANY, INC.,                )
                              )
    Defendants.               )

### ORDER RESETTING TRIAL DATES

In accordance with the Order Granting Plaintiff's Motion to Extend Deadlines, the Court hereby RESETS the trial dates in this case as follows:

Trial: Monday, November 28, 2005, at 9:30 a.m.

Pretrial Conference: Friday November 18, 2005, at 8:45 a.m.

Pretrial Order: Thursday, November 10, 2005, by 4:30 p.m.

So ORDERED this 12th day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02102 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Richard Evan Sorin
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT