IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
'05 SEP 26 PM 2: 27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JULIA J. McMILLIAN,

    Plaintiff,

VS                              NO.   04-2102 Ml/An

RONNIE L. EVATT and
CENTRAL INDUSTRIAL
ELECTRIC COMPANY, INC.

    Defendants.

## CONSENT ORDER OF DISMISSAL

COME NOW, the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendants.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendants.

_____
JUDGE
DATED: Sept 26, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02102 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Richard Evan Sorin
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT