FILED BY ⎯⎯ D.C.

UNITED STATES DISTRICT COURT
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

05 SEP 26 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JULIA J. McMILLIAN

**JUDGMENT IN A CIVIL CASE**

VS

RONNIE L. EVATT and
CENTRAL INDUSTRIAL ELECTRIC
COMPANY, INC.

**CASE NO: 04-2102 Ml/An**

All matters in controversy having been settled by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal filed September 26, 2005, this case is DISMISSED with prejudice at the cost of the Defendants.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 26, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02102 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Richard Evan Sorin
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT